IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NEEB KEARNEY & COMPANY, INC.,                        PLAINTIFFS
GULF COAST COLD STORAGE, INC.,
AND COASTAL CARGO COMPANY,
INC.,

V.                                  CIVIL ACTION NO. 1:09CV832LG-RHW

CONTINENTAL CASUALTY COMPANY,               DEFENDANT.

## FINAL JUDGMENT

This matter having come on to be heard on the Joint Motion For Disbursement of Funds and Dismissal of All Claims [107], and the Court, after a full review and consideration of the Motions the pleadings on file and the relevant legal authority, finds that in accord with the Order granting said Motion entered herewith,

**IT IS ORDERED AND ADJUDGED** that final judgment is rendered as follows:

1. The Clerk of Court is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the entire principal amount of $44,705.50, plus all accrued interest and less any administrative fees, to:

> Neeb Kearney & Company, Inc., Gulf Coast Cold Storage, Inc., and Coastal Cargo Company, Inc., c/o their counsel of record, Jason R. Anders, Esq., Ajubita, Leftwich & Salzer, LLC, 1500 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-1500.

2. All remaining claims, counterclaims, and cross-claims asserted or that could have been asserted by any party in this action, are hereby **DISMISSED WITH**

**PREJUDICE**, the parties to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 1st day of August, 2012.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE